IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

OCT 13 2005  T

Michael N. Milby, Clerk
Laredo Division

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS | *  CR. NO. 5:05-CR-1175-01 |
| | * |
| JUVENTINA VARGAS-ROJAS | * |

## PRESENTENCE INVESTIGATION INFORMATION SHEET

On this __13__ day of _____OCTOBER_____, 2005 Defendant having been found guilty on his/her plea of guilty or verdict of the jury, the following schedule is established:

1.      No later than ___November 17, 2005___, the United States Probation Office will complete a Presentence Report. It is the responsibility of counsel to obtain the PSI Report. The United States Probation Office is not required to further advise counsel of the completion of the PSI Report.

2.      Within 14 days after receiving the report, each counsel shall furnish a written statement to the United States Probation Office stating either that there are objections and describing them or that there are no objections. The Defendant shall also sign the defendant's statement.

3.      No later than 14 calendar days after receiving the objections to the original report, the probation office shall complete and submit to the sentencing Judge the final report, together with an addendum describing any objections that have not been resolved and the officer's comments thereon.

4.      Promptly after receiving the final version of the Presentence Report, the Court shall fix a sentencing date. The defendant and counsel are expected to be available on 48 hours notice, absent good cause.

5.      Sentence set for February 2, 2006 at 9:00am.

BY ORDER OF THE COURT.

HON. MICHAEL N. MILBY, CLERK

BY: _____
Angie Treviño, Case Manager

cc:     U. S. Probation -
        U. S. Attorney - Andy Guardiola
        Defense Counsel- George Garcia